IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| CLAIRE LOGGINS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 118-125 |
| AT&T, | ) ) | |
| Defendant. | ) ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. nos. 7, 8.) Nothing in Plaintiff's objections warrants deviation from the Magistrate Judge's recommendation. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case, and **CLOSES** this civil action.

SO ORDERED this ___ day of September, 2018, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA