# United States District Court
## Southern District of Georgia

CLAIRE LOGGINS,

        Plaintiff,

v.

AT&T,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 118-125

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated September 19, 2018 adopting the Report and Recommendation of the Magistrate Judge as the Court's opinion, it is hereby ordered that this case is dismissed. This civil action stands closed.

09/19/2018
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
(By) Deputy Clerk